IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JACQUELYN S.,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:18-CV-1022-L** |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** | § | |
| Defendant. | § | |

## **ORDER**

On August 27, 2019, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 17) ("Report") was entered, recommending that the court affirm the decision of the Commissioner of Social Security Administration ("Commissioner"). No objections were filed to the Report.

After reviewing the briefs, file, record in this case, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **affirms** the Commissioner's decision, and **dismisses with prejudice** this appeal.

**It is so ordered** this 12th day of September, 2019.

Sam A. Lindsay
United States District Judge